IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| NORTHWESTERN CORPORATION, | : | Bankruptcy |
| Debtor, | : | No. 03-12872(CGC) |
| | : | |
| MAGTEN ASSET MANAGEMENT CORP. | : | |
| | : | |
| Appellant, | : | Civil Action No. 04-1279 JJF |
| | : | |
| v. | : | |
| | : | |
| PAUL HASTINGS JANOFSKY & WALKER LLP, | : | |
| | : | |
| Appellee. | : | |

### ORDER

WHEREAS, the Court issued an Order staying and administratively closing the above-captioned civil matter (DI 11);

WHEREAS, the Court was notified by letter from the Elio Battista, Jr. that the settlement was denied by Bankruptcy Court;

NOW THEREFORE, IT IS HEREBY ORDERED that the **STAY** is lifted.

IT IS FURTHER ORDERED that the parties shall adhere to the following briefing schedule unless an otherwise agreed upon schedule is filed within fifteen (15) days of the date of this Order:

Appellants Opening Brief on appeal shall be filed within

**fifteen (15) days** of the date of this Order.

Answering Brief on appeal shall be filed within **fifteen (15) days** of the date of this Order.

Reply Brief on appeal shall be filed within **ten (10) days** of receipt of answering brief.

May 23, 2005
DATE

_____
UNITED STATES DISTRICT JUDGE