

**Smith Katzenstein Furlow LLP**

*Attorneys at Law*

The Corporate Plaza
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, Delaware 19899
(Courier 19801)
Phone (302) 652-8400
Fax (302) 652-8405
www.skfdelaware.com

Craig B. Smith
Robert J. Katzenstein
David A. Jenkins
Laurence V. Cronin
Michele C. Gott
Kathleen M. Miller
Roger D. Anderson
Joelle E. Polesky
Robert K. Beste
Etta R. Wolfe

June 6, 2005

<u>*VIA E-FILING AND HAND DELIVERY*</u>

The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

Re:   *Magten Asset Management Corp. v.*
      *Paul Hastings Janofsky & Walker LLP*
      *D.Del., Civ. No. 04-1279*

Dear Judge Farnan:

In connection with the briefing of this appeal, the parties have agreed upon the enclosed briefing schedule. If the Court finds the schedule to be acceptable, we ask that Your Honor sign the order and enter it in the record.

Counsel is available should the Court have questions.

Respectfully,

Kathleen M. Miller
(ID No. 2898)

KMM/kmd

Enclosure

cc:   Clerk of Court (via e-file w/ enc.)
      David L. Finger (via e-file w/ enc.)

10003474.WPD
MAGTN/04168