IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| NORTHWESTERN CORPORATION. ) | Case Nos. 03-12872 (CGC) |
| Debtor, ) | |
| ) | |
| MAGTEN ASSET MANAGEMENT ) | |
| CORPORATION ) | |
| ) | |
| Appellant, ) | Civil Action No. 04-1279 |
| ) | |
| v. ) | |
| ) | |
| PAUL. HASTINGS, JANOFSKY & ) | |
| WALKER LLP ) | |
| ) | |
| Appellee ) | |

## STIPULATION AND REVISED SCHEDULING ORDER

WHERAS, the court issued an Order on May 23, 2005 which provided the parties shall adhere to the briefing schedule set forth in that Order unless an otherwise agreed upon schedule is filed within fifteen days; and

WHEREAS, the parties have agreed upon a revised briefing schedule;

NOW THERFORE, IT IS STIPULATED AND ORDERED that the parties shall adhere to the following agreed-upon briefing schedule:

Appellant's Opening Brief on appeal shall be filed within twenty-nine days of the date of the May 23, 2005 Order.

Appellee's Answering Brief on appeal shall be filed within twenty-nine days of the receipt of Appellant's Opening Brief.

10003457.WPD

Appellant's Reply Brief on appeal shall be filed within ten days of the receipt of Appellee's Answering Brief.

Date: June 6, 2005

SO STIPULATED:

| SMITH, KATZENSTEIN & FURLOW, LLP | FINGER & SLANINA, LLC |
|---|---|
| */s/ Kathleen M. Miller* | */s/ David L. Finger* |
| Kathleen M. Miller (I.D. No. 2898) | David L. Finger (I.D. No. 2556) |
| 800 Delaware Avenue, 7th Floor | One Commerce Center |
| P.O. Box 410 | 1201 Orange Street, Suite 725 |
| Wilmington, DE 19899 | Wilmington, DE 19801-1155 |
| Phone: (302) 652-8400 | Phone: (302) 884-6766 |
| Fax: (302) 652-8405 | Fax: (302) 984-1294 |
| *Attorneys for Magten Asset Management Corporation* | *Attorneys for Paul Hastings Janofsky & Walker LLP* |

Of Counsel:
STORCH AMINI & MUNVES PC
Bijan Amini (admitted *pro hac vice*)
Avery Samet
2 Grand Central Tower
New York, New York 10017
(212) 490-4100

SO ORDERED:

_____, 2005     _____
                      UNITED STATES DISTRICT JUDGE

10003457.WPD                              2