IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTHWESTERN CORPORATION. | ) | Case Nos. 03-12872 (CGC) |
| Debtor, | ) | |
| | ) | |
| MAGTEN ASSET MANAGEMENT | ) | |
| CORPORATION | ) | |
| | ) | |
| Appellant. | ) | Civil Action No. 04-1279 |
| | ) | |
| v. | ) | |
| | ) | |
| PAUL. HASTINGS, JANOFSKY & | ) | |
| WALKER LLP | ) | |
| | ) | |
| Appellee | ) | |

## STIPULATION AND REVISED SCHEDULING ORDER

WHERAS. the court issued an Order on May 23. 2005 which provided the parties shall adhere to the briefing schedule set forth in that Order unless an otherwise agreed upon schedule is filed within fifteen days: and

WHEREAS. the parties have agreed upon a revised briefing schedule;

NOW THERFORE. IT IS STIPULATED AND ORDERED that the parties shall adhere to the following agreed-upon briefing schedule:

Appellant's Opening Brief on appeal shall be filed within twenty-nine days of the date of the May 23, 2005 Order.

Appellee's Answering Brief on appeal shall be filed within twenty-nine days of the receipt of Appellant's Opening Brief.

10003457.WPD

Appellant's Reply Brief on appeal shall be filed within ten days of the receipt

of Appellee's Answering Brief.


Date: June 6, 2005


SO STIPULATED:

SMITH, KATZENSTEIN & FURLOW, LLP        FINGER & SLANINA, LLC



Kathleen M. Miller (I.D. No. 2898)        David L. Finger (I.D. No. 2556)
800 Delaware Avenue, 7th Floor            One Commerce Center
P.O. Box 410                              1201 Orange Street, Suite 725
Wilmington, DE 19899                      Wilmington, DE 19801-1155
Phone: (302) 652-8400                     Phone: (302) 884-6766
Fax: (302) 652-8405                       Fax: (302) 984-1294

*Attorneys for*                           *Attorneys for Paul Hastings Janofsky &*
*Magten Asset Management Corporation*     *Walker LLP*

Of Counsel:
STORCH AMINI & MUNVES PC
Bijan Amini (admitted *pro hac vice*)
Avery Samet
2 Grand Central Tower
New York, New York 10017
(212) 490-4100



SO ORDERED:

June 8, 2005        _____
                    UNITED STATES DISTRICT JUDGE