

**Smith Katzenstein Furlow** LLP

*Attorneys at Law*

The Corporate Plaza
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, Delaware 19899
(Courier 19801)
Phone (302) 652-8400
Fax (302) 652-8405
www.skfdelaware.com

June 20, 2005

Craig B. Smith

Robert J. Katzenstein

David A. Jenkins

Laurence V. Cronin

Michele C. Gott

Kathleen M. Miller

Roger D. Anderson

Joelle E. Polesky

Robert K. Beste

Etta R. Wolfe

### *VIA E-FILING AND HAND DELIVERY*

The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

Re:  *Magten Asset Management Corp. v.*
*Paul Hastings Janofsky & Walker LLP*
*D.Del., Civ. No. 04-1279*

Dear Judge Farnan:

Your Honor previously approved an agreed briefing schedule In connection with the briefing of this appeal.  The parties have agreed upon the enclosed revised briefing schedule, which provides an additional week for the filing of the opening brief.  All other dates remain the same.  If the Court finds the schedule to be acceptable, we ask that Your Honor sign the order.

Counsel is available should the Court have questions.

Respectfully,

Kathleen M. Miller
(ID No. 2898)

KMM/kmd

Enclosure

cc:    Clerk of Court (via e-file w/ enc.)
       David L. Finger (via e-file w/ enc.)

10003940.WPD
MAGTN/04168