IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| NORTHWESTERN CORPORATION, ) | Case Nos. 03-12872 (CGC) |
| Debtor, ) | |
| ) | |
| MAGTEN ASSET MANAGEMENT ) | |
| CORPORATION ) | |
| ) | |
| Appellant, ) | Civil Action No. 04-1279 (JJF) |
| ) | |
| v. ) | |
| ) | |
| PAUL, HASTINGS, JANOFSKY & ) | |
| WALKER LLP ) | |
| ) | |
| Appellee ) | |

## STIPULATION AND SECOND REVISED SCHEDULING ORDER

WHERAS, the court issued an Order on May 23, 2005 which provided the parties shall adhere to the briefing schedule set forth in that Order unless an otherwise agreed upon schedule is filed within fifteen days; and

WHEREAS, the parties timely agreed upon a revised briefing schedule, which was approved by the Court on June 9, 2005, which required the opening brief to be filed by June 21, 2005.

WHEREAS, the parties now have agreed to a second revised briefing schedule.

NOW THERFORE, IT IS STIPULATED AND ORDERED that the parties shall adhere to the following agreed-upon briefing schedule:

10003936.WPD

Appellant's Opening Brief on appeal shall be filed on June 28, 2005.

Appellee's Answering Brief on appeal shall be filed within twenty-nine days of the receipt of Appellant's Opening Brief.

Appellant's Reply Brief on appeal shall be filed within ten days of the receipt of Appellee's Answering Brief.

Date: June 20, 2005

SO STIPULATED:

| SMITH, KATZENSTEIN & FURLOW, LLP | FINGER & SLANINA, LLC |
|---|---|
| /s/ *(signature)* <br> Kathleen M. Miller (I.D. No. 2898) <br> 800 Delaware Avenue, 7th Floor <br> P.O. Box 410 <br> Wilmington, DE 19899 <br> Phone: (302) 652-8400 <br> Fax: (302) 652-8405 <br><br> *Attorneys for* <br> *Magten Asset Management Corporation* <br><br> Of Counsel: <br> STORCH AMINI & MUNVES PC <br> Bijan Amini (admitted *pro hac vice*) <br> Avery Samet <br> 2 Grand Central Tower <br> New York, New York 10017 <br> (212) 490-4100 | /s/ David L. Finger <br> David L. Finger (I.D. No. 2556) <br> One Commerce Center <br> 1201 Orange Street, Suite 725 <br> Wilmington, DE 19801-1155 <br> Phone: (302) 884-6766 <br><br> *Attorneys for Paul Hastings Janofsky & Walker LLP* <br><br> Of Counsel: <br> Dennis E. Glazer, Esquire <br> D. Scott Tucker, Esquire <br> Davis Polk & Wardwell <br> 450 Lexington Avenue <br> New York, NY 10017 <br> (212) 450-4000 |

SO ORDERED:

June 21, 2005                    _____
                                 UNITED STATES DISTRICT JUDGE

10003936.WPD                                      2