# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
JOSEPH J. FARNAN, JR.
JUDGE

LOCKBOX 27
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6155

June 22, 2005

Scott D. Cousins, Esquire
Greenberg Traurig, LLP
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19801

Mark J. Packel, Esquire
Elio Battista, Jr., Esquire
Blank Rome LLP
1201 North Market Street, Suite 800
Wilmington, DE 19801

Kathleen M. Miller, Esquire
Smith, Katzenstein, & Furlow
P. O. Box 410
Wilmington, DE 19899

David L. Finger, Esquire
Finger & Slanina, LLC
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801

RE:    Magten Asset Mgmt. Corp.  v. Paul Hastings Janofsky & Walker LLP,
       C. A. No. 04-1279 JJF; Magten Asset Mgmt. Corp. v. NorthWestern
       Corp., C.A. No. 04-1389 JJF; Magten Asset Mgmt. Corp. v.
       NorthWestern Corp., C.A. No. 04-1508 JJF

Dear Counsel:

       I have the letters submitted by counsel and Mr. Seitz concerning the recently completed mediation effort.  I believe the court ordered mediation was not successful based on the merits of the parties' positions, and therefore, I have concluded the appeals should proceed.

       However, if the parties advise that they desire to engage in further mediation efforts outside the Court's program; I will, upon agreement of all parties involved, stay the appeal while the parties mediate privately.

Sincerely,

Joseph J. Farnan, Jr.

JJFjr:dk

cc:    Collins J. Seitz, Jr., Special Master
       Clerk, U.S. District Court