IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTHWESTERN CORPORATION, | ) | Case No. 03-12872 (CGC) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| MAGTEN ASSET MANAGEMENT CORP. | ) | |
| | ) | |
| Appellant, | ) | Civil Action No. 04-1279 JJF |
| | ) | |
| v. | ) | |
| | ) | |
| PAUL HASTINGS JANOFSKY & WALKER LLP, | ) | |
| | ) | |
| Appellee. | ) | |

**APPENDIX TO**
**OPENING BRIEF ON APPEAL OF MAGTEN ASSET MANAGEMENT**
**CORPORATION VOLUME I**

SMITH, KATZENSTEIN & FURLOW LLP
David Jenkins (I.D. No. 932)
800 Delaware Avenue [19801]
Post Office Box 410
Wilmington, DE 19899-0410
Phone: (302) 652-8400

*Of Counsel:*
STORCH AMINI & MUNVES PC
Bijan Amini, Esq.
Avery Samet, Esq.
2 Grand Central Tower
New York, New York 10017
Phone: (212) 490-4100

{10004226.DOC}