## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of June, 2005, a copy of the foregoing *Appendix to Opening Brief on Appeal of Magten Asset Management Corporation Volume I* was served on the following parties by first class mail:

Scott D. Cousins, Esq.
Monica Leigh Loftin, Esq.
William E. Chipman, Jr., Esq.
Greenberg Traurig, LLP
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19801

David L. Finger, Esquire
Charles Slanina, Esquire
Finger & Slanina
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801

Neil B. Glassman, Esq.
Charlene D. Davis, Esq.
Eric M. Sutty, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Alan W. Kornberg, Esq.
Margaret A. Phillips, Esq.
Ephraim I. Diamond, Esquire
Paul Weiss Rifking Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019

Dennis E. Glazer, Esquire
D. Scott Tucker, Esquire
Catherine Lifeso, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Jesse H. Austin, III
Karol K. Denniston
Paul, Hastings, Janofsky & Walker LLP
600 Peachtree Street, Suite 2400
Atlanta, GA 30308

Mark Kenney, Esq.
844 King Street
Suite 2313, Lockbox 35
Wilmington, DE 19801-3519

/s/ Kathleen M. Miller
Kathleen M. Miller

{10004227.DOC}