IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>NORTHWESTERN CORPORATION,<br>Debtor, | Chapter 11<br><br>Bankruptcy<br>No. 03-12872 (CGC) |
| MAGTEN ASSET MANAGEMENT CORP.<br><br>Appellant,<br><br>v.<br><br>PAUL HASTINGS JANOFSKY &<br>WALKER LLP,<br><br>Appellee. | Civil Action No. 04-1279 JJF |

### STIPULATION AND REVISED SCHEDULING ORDER

WHEREAS, the Court issued an Order on May 23, 2005 which provided the parties shall adhere to the briefing schedule set forth in that Order unless an otherwise agreed upon schedule was filed within fifteen days; and

WHEREAS, the parties timely agreed upon a revised briefing schedule, which was approved by the Court on June 9, 2005 and which required the opening brief to be filed by June 21, 2005; and

WHEREAS, at Appellant's request, the parties agreed to extend the date for the opening brief to be filed until June 28, 2005, and submitted a revised scheduling order which was approved by the Court on June 21, 2005; and

WHEREAS, Appellant filed its opening brief on June 28, 2005, and at Appellant's request, the parties have agreed to postpone the date for Appellee to file its answering brief until August 5, 2005;

NOW THEREFORE, IT IS HEREBY STIPULATED AND ORDERED that the parties shall adhere to the following agreed-upon briefing schedule:

Appellee's Answering Brief on appeal shall be filed on August 5, 2005.

Appellant's Reply Brief on appeal shall be filed within ten (10) days of the

receipt of Appellee's Answering Brief.

Dated: July 25, 2005

SO STIPULATED:

| SMITH, KATZENSTEIN & FURLOW, LLP | FINGER & SLANINA, LLC |
|---|---|
| /s/ Kathleen M. Miller | /s/ David L. Finger |
| Kathleen M. Miller (I.D. No. 2898)<br>800 Delaware Avenue, 7th Floor<br>P.O. Box 410<br>Wilmington, DE 19899<br>Phone: (302) 652-8400<br>Fax: (302) 652-8405 | David L. Finger (I.D. No. 2556)<br>One Commerce Center<br>1201 Orange Street, Suite 725<br>Wilmington, DE 19801-1155<br>Phone: (302) 884-6766 |
| *Attorneys for*<br>*Magten Asset Management Corporation* | *Attorneys for Paul Hastings*<br>*Janofsky & Walker LLP* |
| Of Counsel:<br>STORCH AMINI MUNVES PC<br>Bijan Amini, Esquire<br>Avery Samet, Esquire<br>2 Grand Central Tower<br>New York, New York 10017<br>(212) 490-4100 | Of Counsel:<br>Dennis E. Glazer, Esquire<br>D. Scott Tucker, Esquire<br>Catherine Lifeso, Esquire<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017<br>(212) 450-4000 |

SO ORDERED:

_____, 2005   _____
                    UNITED STATES DISTRICT JUDGE