IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------x
:
IN RE:                                          :   Chapter 11
                                                :
NORTHWESTERN CORP.,                             :   Bankruptcy No.
            Debtor.                             :   03-12872 (JLP)
                                                :
------------------------------------------------x
                                                :
MAGTEN ASSET MANAGEMENT                         :
CORP.,                                          :
            Appellant,                          :
                                                :
                                                :   Civil Action No.
      v.                                        :   04-1279 (JJF)
                                                :
PAUL HASTINGS JANOFSKY &                        :
WALKER, LLP.,                                   :
            Appellee.                           :
------------------------------------------------x

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE, that Finger & Slanina, LLC with offices located at One Commerce Center, 1201 Orange Street, Suite 725, Wilmington, Delaware 19801-1155, attorney of record for Paul, Hastings, Janofsky & Walker LLP ("Paul Hastings"), in the above-captioned case, withdraws as attorney of record for Paul Hastings, and Morris, Nichols, Arsht & Tunnell, 1201 N. Market Street, Wilmington, Delaware 19801, hereby substitutes in as the attorney of record for Paul Hastings in the above-captioned case. Finger & Slanina is hereby relieved, superseded and substituted by Morris, Nichols, Arsht & Tunnell for Paul Hastings in the above-captioned case.

| WITHDRAWING COUNSEL | SUPERSEDING AND SUBSTITUTING COUNSEL |
|---|---|
| FINGER & SLANINA, LLC<br>David L. Finger (I.D. No. 2556)<br>One Commerce Center<br>1201 Orange Street, Suite 725<br>Wilmington, DE 19801-1155<br>Phone: (302) 884-6766 | MORRIS, NICHOLS, ARSHT & TUNNELL<br>Robert J. Dehney (I.D. No. 3578)<br>Curtis S. Miller (I.D. No. 4583)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19801-1347<br>Phone: (302) 658-9200 |

Dated: August 3, 2005

FINGER & SLANINA, LLC

/s/ David L. Finger w/ permission CSM
David L. Finger (I.D. No. 2556)
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801-1155
Phone: (302) 884-6766

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/
Robert J. Dehney (I.D. No. 3578)
Curtis S. Miller (I.D. No. 4583)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801-1347
Phone: (302) 658-9200

477067