## CERTIFICATE OF SERVICE

I, Curtis S. Miller, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Substitution Of Counsel** was caused to be made on August 3, 2005, in the manner indicated upon the entities identified below:

Date: August 3, 2005

_____
Curtis S. Miller (No. 4583)

**BY HAND DELIVERY**

Mark Kenney, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lock Box 35
Wilmington, DE  19801

Scott D. Cousins, Esquire
Monica Leigh Loftin, Esquire
William E. Chipman, Jr., Esquire
Greenberg Traurig, LLP
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE  19801

David L. Finger, Esquire
Charles Slanina, Esquire
Finger & Slanina
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE  19801

Neil B. Glassman, Esquire
Charlene D. Davis, Esquire
Eric M. Sutty, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE  19801

**BY FIRST CLASS MAIL**

Alan W. Kornberg, Esquire
Margaret A. Phillips, Esquire
Ephraim I. Diamond, Esquire
Paul Weiss Rifking Wharton & Garrison
1285 Avenue of the Americas
New York, NY  10019

Dennis E. Glazer, Esquire
D. Scott Tucker, Esquire
Catherine Lifeso, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017

Jesse H. Austin, III,
Karol K. Denniston
Paul, Hastings, Janofsky & Walker LLP
600 Peachtree Street, Suite 2400
Atlanta, GA  30308

477113