## CERTIFICATE OF SERVICE

I, Daniel B. Butz, certify that I am not less than 18 years of age, and that service of the foregoing **Compendium Of Unreported Opinions Cited In Paul, Hastings, Janofsky & Walker LLP's Brief In Opposition To Appeal From Order Denying Motion To Disqualify** was caused to be made on August 5, 2005, in the manner indicated upon the entities identified below:

Date: August 5, 2005

Daniel B. Butz (No. 4227)

**BY HAND DELIVERY**

Mark Kenney, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801

Kathleen M. Miller, Esquire
Smith, Katzenstein & Furlow, LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19801

Collins J. Seitz, Jr., Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19801

Scott D. Cousins, Esquire
Monica Leigh Loftin, Esquire
William E. Chipman, Jr., Esquire
Greenberg Traurig, LLP
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19801

Neil B. Glassman, Esquire
Charlene D. Davis, Esquire
Eric M. Sutty, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

477491