64. Hewitt

65. Jones Day Reavis & Pogue

66. Russell Reynolds

67. Marsh Inc.

A(viii)-4

## EXHIBIT A(ix)

### Investment Bankers During Last 3 Years

1.  Bear Stearns

2.  Lazard Freres

3.  Credit Suisse First Boston Company

4.  Merrill Lynch Pierce Fenner & Smith, Inc.

5.  JP Morgan Chase

A(ix)-1

ATL/967162.11

A1039

## EXHIBIT A(x)

### Parties to Significant Contracts & Leases[2]

1.   Avista Corporation;

2.   Bonneville Power Administration

3.   Colorado Interstate Gas

4.   Colstrip Unit 4 Lease Management Division of NorthWestern Energy

5.   Duke Energy

6.   Duke Energy Trading & Marketing

7.   East River Electric Cooperative, Inc.

8.   Encana

9.   Havre Pipeline

10.  Idaho Power Company, a division of Idaho Power Company, a division of Idacorp, Inc.

11.  Montana-Dakota Utilities Co., a division of MDU Resources Group, Inc.

12.  NOVA Gas Transmission Ltd.

13.  Otter Tail Power Company, a division of Otter Tail Corporation

14.  PacifiCorp

15.  PPL Montana

16.  Puget Sound Energy

17.  West Central Electric Cooperative

18.  Western Area Power Administration

A(x)-1

A1040

19.    Williston Basin Interstate Pipeline

20.    Xcel Energy Inc.

---

(...continued)

[2] [Need info re: critical vendors with regards to executory contracts]

A(x)-2

## EXHIBIT A(xi)

### Insurers

1.    AEGIS (Associated Electric and Gas Insurance Services Ltd.)

2.    AON Risk Services of Minnesota and Financial Service Inc.

3.    Centennial Insurance Company

4.    Continental Casualty Company

5.    Federal Insurance Company

6.    Greenwich Insurance Company

7.    Lloyd's of London

8.    Lumbermen's Mutual Casualty Company

9.    The South Dakota Life and Health Insurance Guaranty Association

10.   Underwriters Insurance Company

11.   United States Fidelity and Guaranty Company

A(xi)-1

A1042

## EXHIBIT A(xii)

### Indenture Trustees

1.  JPMorgan Chase Bank

2.  Marya Beth Lewicki, an individual

3.  The Bank of New York

4.  U.S. Bank National Association

5.  The First National Bank of Chicago

6.  Wilmington Trust Company

7.  Citibank, N.A.

A(xii)-1

A1043

## EXHIBIT A(xiii)

### Other Significant Relationships

1.  Avaya, Inc.

2.  Congress Financial

3.  Lucent Technologies' Enterprise Network Group

4.  TouchAmerica Holdings, Inc.

5.  U.S. Bank N.A.

A(xii)-2

A1044

**EXHIBIT B**

| Northwestern Corporation Disclosures | | |
|---|---|---|
| Name of Entity Searched | Name of Entity and/or Affiliate of Entity that is a Paul Hastings client | Status of Client Representation |
| **Section A:  Debtors' non-debtor affiliates** | | |
| None. | | |
| **Section B Shareholders/Equity Holders** | | |
| Putnam Investment Management | Marsh & McLennan Companies | Active General Representation[3] |
| Goldman Sachs In-House | Goldman Sachs Group | Active General Representation |
| BZW Securities Ltd. | Barclays plc UK | Active General Representation |
| Barclays Global Investors, N.A. | Barclays plc UK | Active General Representation |
| The Vanguard Group | The Vanguard Group | Inactive Client |
| Boulder Investment Advisers | Boulder Total Return Fund | Active General Representation |
| Pequot Capital Management, Inc. | Pequot Capital Management, Inc. | Inactive Client |
| State Street Global Advisors | State Street Corp | Active General Representation |
| Dimensional Fund Advisors, Inc. | Dimensional Fund Advisors, Inc. | Inactive Client |
| Teacher Retirement System of Texas | Teacher Retirement System of Texas | Inactive Client |
| Morgan Stanley Investment Management | Morgan Stanley | Active General Representation |
| **6.95% notes due 11/15/28** | | |
| Travelers Investment Management Co. (TIMCO) | Travelers Property Casualty Corp. | Inactive Client |
| Oaktree Capital Management LLC | Oaktree Capital Management LLC | Active General Representation |
| John Hancock Advisers Inc. | John Hancock Financial Services | Inactive Client |
| MW Post Advisory Group LLC | MW Post Advisory Group LLC | Inactive Client |
|  | Metropolitan West Financial Inc. | Active General Representation |

[3] Active General Representation means corporate or real estate transactional, litigation, tax or employment work unrelated to the Debtor and its affiliates.

A1045

| Northwestern Corporation Disclosures | | |
|---|---|---|
| Name of Entity Searched | Name of Entity and/or Affiliate of Entity that is a Paul Hastings client | Status of Client Representation |
| Goldman Sachs Asset Management (UK) | Goldman Sachs Group Inc. | Active General Representation |
| Farmer's Mutual Insurance Co. of Noble County | Zurich Versicherings | Inactive Client |
| | | |
| **7.785% Notes Due 3/15/07** | | |
| | | |
| Allianz of America Inc. | Allianz of America Inc. | Inactive Client |
| | Allianz Aktiengesellschaft | Inactive Client |
| Sun Life Assurance Company of Canada | Sun Life Assurance Company of Canada | Inactive Client |
| SAFECO Asset Management Inc. | SAFECO Corp | Inactive Client |
| Nationwide Insurance Companies | Nationwide Mutual Insurance Co | Inactive Client |
| American Express Asset Management | American Express Co. | Inactive Client |
| Oaktree Capital Management LLC | Oaktree Capital Management LLC | Active General Representation |
| Travelers Investment Management Co (TIMCO) | Travelers Property Casualty Corp. | Inactive Client |
| UBS Global Asset Management | UBS AG | Active General Representation |
| Nomura International PLC | Nomura Holding | Active General Representation |
| John Hancock Advisers Inc. | John Hancock Financial Services | Inactive Client |
| Merrill Lynch Global Securities | Merrill Lynch & Co | Active General Representation |
| MW Post Advisory Group LLC | MW Post Advisory Group LLC | Inactive Client |
| | Metropolitan West Financial Inc. | Active General Representation |
| CIGNA Retirement & Investment Management Co. | Cigna Corp | Inactive Client |
| Atlantic Asset Management | Mizuho Holdings | Active General Representation |
| Summit Investment Partners | Summit Asset Management LLC | Inactive Client |
| T Rowe Price Associates Inc. | T Rowe Price Associates Inc. | Inactive Client |
| GMS Group LLC | GMS Group LLC | Inactive Client |
| Lazard Asset Management LLC | Lazard Feres & Co. | Inactive Client |
| Wellington Management Co. | Wellington Management Co. | Inactive Client |
| Societe Generale USA | Societe Generale USA | Active General Representation |
| Pepsi Bottling Company of Selma | PepsiCo | Inactive Client |
| | | |
| **8.75% Notes Due 3/15/12** | | |
| | | |
| Hedge Funds custodied at Bear Stearns | Bear Stearns | Active General Representation |

B-2

A1046

| Northwestern Corporation Disclosures | | |
|---|---|---|
| Name of Entity Searched | Name of Entity and/or Affiliate of Entity that is a Paul Hastings Client | Status of Client Representation |
| Travelers Investment Management Co. (TIMCO) | Travelers Property Casualty Corp | Inactive Client |
| Oaktree Capital Management LLC | Oaktree Capital Management LLC | Active General Representation |
| American Express Asset Management | American Express Co | Inactive Client |
| John Hancock Advisers Inc. | John Hancock Financial Services | Inactive Client |
| Putnam Investments LLC | Putnam Investments LLC | Inactive Client |
| | Marsh & McLennan | Inactive Client |
| Provident Investment Management LLC | UnumProvident | Active General Representation |
| Ohio National Life Insurance Co | Ohio National Life Insurance Co | Inactive Client |
| Pacific Investment Management Company (PIMCO) | Pacific Investment Management Company (PIMCO) | Inactive Client |
| | Allianz Aktiengesellschaft | Inactive Client |
| T Rowe Price Associates Inc. | T Rowe Price Associates Inc. | Inactive Client |
| Merrill Lynch Investment Managers | Merrill Lynch & Co | Active General Representation |
| Hartford Investment Management Co | Hartford Financial Services Group | Inactive Client |
| MW Post Advisory Group LLC | MW Post Advisory Group LLC | Active General Representation |
| | Metropolitan West Financial Inc. | Inactive Client |
| Credit Suisse First Boston | Credit Suisse Group | Active General Representation |
| BlackRock Inc. | PNC Financial Services Group | Inactive Client |
| Goldman Sachs Asset Management (US) | Goldman Sachs Group Inc. | Active General Representation |
| Lockheed Martin Investment Management Co | Lockheed Martin Investment Management Co | Inactive Client |
| Mizuho International PLC | Mizuho Holdings | Active General Representation |
| UBS Global Asset Management | UBS AG | Active General Representation |
| Gartmore Global Partners | Nationwide Mutual Insurance | Inactive Client |
| Angelo Gordon & Co | Angelo Gordon & Co | Inactive Client |
| Wellington Management Company LLP | Wellington Management Company LLP | Inactive Client |
| MBIA Capital Management | MBIA Capital Management | Inactive Client |
| | MBIA Inc.. | Inactive Client |
| Sun Life Assurance of Canada | Sun Life Assurance of Canada | Inactive Client |
| CIGNA Retirement & Investment Management | Cigna Corp | Inactive Client |
| Lazard Asset Management | Lazard Feres & Co. | Inactive Client |
| Bank of Hawaii Investment Services | Bank of Hawaii Corp. | Inactive Client |

B-3

| Northwestern Corporation Disclosures | | |
|---|---|---|
| Name of Entity Searched | Name of Entity and/or Affiliate of Entity that is a Paul Hastings client | Status of Client Representation |
| 8.45% Preferred Security Due 12/31/36 | | |
| Mellon HBV Alternative Strategies LLC | Mellon Financial Corp. | Inactive Client |
| Spear Leeds & Kellog | Goldman Sachs | Active General Representation |
| MW Post Advisory Group LLC | MW Post Advisory Group LLC | Inactive Client |
| | Metropolitan West Financial Inc. | Active General Representation |
| JP Morgan Securities - Asian | JP Morgan Securities -Asian | Inactive Client |
| | JP Morgan Chase & Co | Active General Representation |
| 8.125% Preferred Security Due 9/30/25 | | |
| USBancorp Piper Jaffray Ventures | US Bancorp | Active General Representation |
| 7.20% Preferred Security Due 12/31/38 | | |
| Paloma Partners Management | Paloma Partners Management | Inactive Client |
| USBancorp Piper Jaffray Ventures | US Bancorp | Active General Representation |
| Synovus Trust Co | Synovus Trust Co | Inactive Client |
| Pacific Advisors Inc. | Pacific Global Investment Management Company | Inactive Client |
| 8.25% Preferred Security Due 12/15/31 | | |
| Paloma Partners Management | Paloma Partners Management | Inactive Client |
| 8.10% Preferred Security Due 1/15/32 | | |
| Paloma Partners Management | Paloma Partners Management | Inactive Client |
| MW Post Advisory Group LLC | MW Post Advisory Group LLC | Inactive Client |
| | Metropolitan West Financial Inc. | Inactive Client |
| USBancorp Piper Jaffray Ventures | US Bancorp | Active General Representation |
| Park National Bank | Park National Bank | Inactive Client |
| Section C: Current directors and officers | | |

B–4

ATL/967162.11

A1048

| Northwestern Corporation Disclosures | | |
|---|---|---|
| Name of Entity Searched | Name of Entity and/or Affiliate of Entity that is a Paul Hastings client | Status of Client Representation |
| Eric Jacobsen | Northwestern Corp. | Active General Representation |
| Alan Dietrich | Northwestern Corp. | Active General Representation |
| **Section D, former directors/officers** | | |
| None. | | |
| **Section E: Unsecured Creditors** | | |
| ABN Amro | ABN Amro Bank | Inactive Client |
| | ABN Amro Holding NV | Inactive Client |
| Admirals Club | AMR Corporation | Active General Representation |
| AIG Life Insurance | American International Group | Inactive Client |
| Airborne Express | Airborne Express | Inactive Client |
| | Airborne Inc. | Active General Representation |
| American Arbitration Association Inc. | American Arbitration Association Inc. | Active General Representation |
| American Bank Note Company | American Bank Note Company | Inactive Client |
| | American Banknote Corp. | Inactive Client |
| American Express | American Express | Inactive Client |
| American Express Co. | American Express Co. | Inactive Client |
| Amerus Life | Amerus Life Insurance | Inactive Client |
| | Amerus Group | Inactive Client |
| AON Consulting Inc. | Aon Corp. | Inactive Client |
| Aramark Uniform Services Inc. | Aramark Uniform Services Inc. | Inactive Client |
| Argus Leader | Gannett Co. | Inactive Client |
| Arthur Andersen LLP | Arthur Andersen LLP | Inactive Client |
| | Andersen Worldwide Societe Cooperative | Inactive Client |
| AT&T | AT&T Corp. | Active General Representation |
| AT&T Teleconference Services | AT&T Corp. | Active General Representation |
| AT&T Wireless | AT&T Wireless | Inactive Client |
| | AT&T Corp. | Active General Representation |
| Bankers Trust Company | Bankers Trust Company | Inactive Client |
| | Deutsche Bank AG | Active General Representation |
| Bear, Stearns & Co. Inc. | Bear, Stearns & Co. Inc. | Inactive Client |

B-5

A1049

| Name of Entity Searched | Northwestern Corporation Disclosures | |
|---|---|---|
| | Name of Entity and/or Affiliate of Entity that is a Paul Hastings client | Status of Client Representation |
| | Bear Stearns Companies Inc. | Active General Representation |
| Bearing Point, Inc. | Bearing Point, Inc. | Inactive Client |
| Bearingpoint | Bearingpoint | Inactive Client |
| Blue Ocean Software Inc. | Intuit Inc. | Inactive Client |
| Budget Rent-A-Car | Budget Rent-A-Car | Inactive Client |
| | Cendant Corporation | Active General Representation |
| Business Week | McGraw Hill Companies Inc. | Active General Representation |
| California Division Of Collections | State of California | Active General Representation |
| California Franchise Tax Board | State of California | Active General Representation |
| California Secretary Of State | State of California | Active General Representation |
| CalPERS | CalPERS | Inactive Client |
| | State of California | Active General Representation |
| Cambridge Energy Research Assoc | Clayton, Dubilier & Rice Inc. | Inactive Client |
| CCBN.com Inc. | CCBN | Inactive Client |
| Cendant Financial Mobility Services | Cendant Corporation | Active General Representation |
| Chicago Title Insurance Company | Chicago Title Insurance Company | Inactive Client |
| | Fidelity National Financial Inc. | Active General Representation |
| CIBC World Markets Corp | Canadian Imperial Bank of Commerce | Active General Representation |
| CITY OF PHILADELPHIA | City of Philadelphia Board of Pensions | Inactive Client |
| Coca Cola Bottling Co. | Coca Cola Bottling Co. | Inactive Client |
| | Coca Cola Company | Active General Representation |
| Compuware Corporation | Compuware Corporation | Inactive Client |
| Corporate Express | Corporate Express | Inactive Client |
| | Buhrmann NV | Inactive Client |
| Credit Suisse First Boston | Credit Suisse First Boston | Inactive Client |
| | Credit Suisse Group | Active General Representation |
| Culligan Water Conditioning | Vivendi Universal SA | Active General Representation |
| Dell Computer Corporation | Dell Computer Corporation | Active General Representation |
| Dell Marketing LP | Dell Computer Corp. | Active General Representation |
| Deloitte & Touche | Deloitte & Touche | Inactive Client |

B-6

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity that is a Paul Hastings client | Status of Client Representation |
|---|---|---|
| | Deloitte Touche Tohmatsu International | Inactive Client |
| Deloitte & Touche Consulting | Deloitte Touche Tohmatsu International | Inactive Client |
| Deloitte & Touche LLP | Deloitte & Touche LLP | Inactive Client |
| | Deloitte Touche Tohmatsu International | Inactive Client |
| Deloitte & Touche Tax | Deloitte Touche Tohmatsu International | Inactive Client |
| Deloitte & Touche Tax Technologies | Deloitte Touche Tohmatsu International | Inactive Client |
| Deutsche Bank Trust Co. Americas | Deutsche Bank Trust Co. Americas | Inactive Client |
| | Deutsche Bank AG | Active General Representation |
| Dewey Ballantine LLP | DEWEY BALLANTINE LLP | Inactive Client |
| Diner's Club | Diner's Club | Inactive Client |
| DirecTV | DirecTV | Inactive Client |
| | General Motors Corporation | Active General Representation |
| Dow Jones & Company | Dow Jones & Company | Inactive Client |
| DRIP & TMSPP Wells Fargo Bank | Wells Fargo & Company Inc. | Active General Representation |
| DTC | The Depository Trust Company | Inactive Client |
| Duff & Phelps, LLC | Duff & Phelps, LLC | Inactive Client |
| | Phoenix Companies Inc. | Inactive Client |
| Dun & Bradstreet | Dun & Bradstreet | Inactive Client |
| | Dun & Bradstreet Corporation | Active General Representation |
| E*TRADE BUSINESS SOLUTIONS | E*Trade Group Inc. | Inactive Client |
| Edison Electric Institute | Edison Electric Institute | Active General Representation |
| Eric R. Jacobsen | Northwestern Corporation | Active General Representation |
| Ernst & Young LLP | Ernst & Young LLP | Active General Representation |
| Fed Payroll Taxes Wells Fargo Bank | Wells Fargo & Company Inc. | Active General Representation |
| Federal Express Corp | Federal Express Corp | Inactive Client |
| First National Bank | First National Bank | Inactive Client |
| Florida Department of State | State of Florida | Active General Representation |
| Forbes Magazine | Forbes Magazine | Inactive Client |
| Ford Motor Credit Company | Ford Motor Credit Company | Inactive Client |
| | Ford Motor Company | Active General Representation |

B-7

A1051

| Northwestern Corporation Disclosures | | |
|---|---|---|
| Name of Entity Searched | Name of Entity and/or Affiliate of Entity that is a Paul Hastings client | Status of Client Representation |
| Fortune | AOL Time Warner Inc. | Active General Representation |
| Gavin Anderson & Company | Omnicom Group Inc. | Active General Representation |
| GE Corporate Card Services | General Electric Co. Inc. | Active General Representation |
| Georgia Department of Revenue | State of Georgia | Active General Representation |
| Gibson, Dunn & Crutcher LP | Gibson, Dunn & Crutcher LP | Inactive Client |
| GMAC | GMAC | Inactive Client |
|  | General Motors Corp. | Active General Representation |
| Greenberg-Traurig | Greenberg-Traurig | Inactive Client |
| Hartford Life Insurance Company | Hartford Life Insurance Company | Inactive Client |
|  | Hartford Financial Services Group Inc. | Inactive Client |
| Heidrick & Struggles Inc. | Heidrick & Struggles Inc. | Inactive Client |
| Hertz East Ridge Rentals | Hertz Company | Inactive Client |
|  | Ford Motor Company | Active General Representation |
| IBM | IBM | Active General Representation |
| Idea Integration | MPS Group | Active General Representation |
| Ingram Micro | Ingram Micro | Inactive Client |
| Internal Revenue Service | United States of America | Active General Representation |
| John Stuart | John J. Stuart | Inactive Client |
| Jones, Day, Reavis & Pogue | Jones, Day, Reavis & Pogue | Inactive Client |
| JP Morgan Chase Bank | JP Morgan Chase Bank |  |
|  | JP Morgan Chase & Co. | Active General Representation |
| Junior Achievement | Junior Achievement League of Southern California | Pro-Bono Representation |
| Kelly Services Inc. | Kelly Services Inc. | Inactive Client |
| KPMG LLP | KPMG LLP | Inactive Client |
| Krispy Kreme Donuts | Great Circle Family Foods LLC | Active General Representation |
| Latham & Watkins | Latham & Watkins | Inactive Client |
| Lazard Freres & Co. LLC | Lazard Freres & Co. LLC | Inactive Client |
| Lexis Nexis | Reed Elsevier | Inactive Client |
| Lexis Nexis Mathew Bender | Reed Elsevier | Inactive Client |
| Lockton Companies | Lockton Companies | Inactive Client |
| Manpower | Manpower | Inactive Client |
| Marquette Bank | Wells Fargo & Co. | Active General Representation |

ATL/567162.11

| Northwestern Corporation Disclosures | | |
| Name of Entity Searched | Name of Entity and/or Affiliate of Entity that is a Paul Hastings client | Status of Client Representation |
| --- | --- | --- |
| Marsh | Marsh & McLennan | Active General Representation |
| Marsh USA INC | Marsh USA INC | Inactive Client |
| | Marsh & McLennan | Active General Representation |
| MCI | MCI | Inactive Client |
| Mellon Leasing Corporation | Mellon Financial Corporation | Inactive Client |
| Mercedes Benz Credit Corp | DaimlerChrysler AG | Active General Representation |
| Mercer | | Active General Representation |
| Merrill Communications, LLC. | Credit Suisse Group | Active General Representation |
| Merrill Corporation | Credit Suisse Group | Active General Representation |
| Merrill Lynch | Merrill Lynch | Active General Representation |
| Merry Maids | ServiceMaster | Inactive Client |
| Missouri Department of Revenue | Missouri Department of Revenue | Inactive Client |
| Missouri Director of Revenue | Missouri Director of Revenue | Inactive Client |
| Missouri Secretary of State | Missouri Secretary of State | Inactive Client |
| Monitor Liability Managers, Inc. | WR Berkley | Active General Representation |
| Monster.com | TMP Worldwide | Inactive Client |
| Montana Power | Northwestern Corp. | Active General Representation |
| Motient | Motient | Inactive Client |
| New York Stock Exchange Inc. | New York Stock Exchange Inc. | Inactive Client |
| Nordea Bank | Nordea Bank | Active General Representation |
| Office Max Credit Plan | OfficeMax Inc. | Inactive Client |
| Pennsylvania Dept of Revenue | Commonwealth of Pennsylvania | Active General Representation |
| Pepsi Cola Company of S Falls | PepsiCo | Inactive Client |
| Pepsiamericas | PepsiCo | Active General Representation |
| Pepsi-Cola Bottling Co. | PepsiCo | Inactive Client |
| Pitney Bowes | Pitney Bowes | Inactive Client |
| Pitney Bowes Credit Corp | Pitney Bowes Credit Corp | Inactive Client |
| | Pitney Bowes Inc. | Inactive Client |
| Pitney Bowes Inc. | Pitney Bowes Inc. | Inactive Client |
| Pitney Bowes Purchase Power | Pitney Bowes Inc. | Inactive Client |
| PR Newswire Inc. | PR Newswire Inc. | Inactive Client |
| | United Business Media plc | Active General Representation |
| Prentice Hall | Prentice Hall | Inactive Client |

B-9

*A1053*

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity that is a Paul Hastings client | Status of Client Representation |
|---|---|---|
| | National Amusements Inc. | Active General Representation |
| Pricewaterhousecoopers LLP | Pricewaterhousecoopers LLP | Active General Representation |
| Principal Financial Group | Principal Financial Group | Inactive Client |
| Qwest | Qwest | Active General Representation |
| Qwest Corporation | Qwest Corporation | Active General Representation |
| Qwest Interprise | Qwest Interprise | Active General Representation |
| RIA Group | Thomson Corporation | Inactive Client |
| Richard L. Smith | Richard L. Smith | Active General Representation |
| Richard Shelton | CIT Fund Group | Inactive Client |
| Richards, Layton & Finger | Richards, Layton & Finger | Inactive Client |
| RSM Mcgladrey, Inc. | H&R Block | Active General Representation |
| Russell Reynolds Assoc Inc. | Russell Reynolds Assoc Inc. | Inactive Client |
| Salomon Smith Barney Inc. | Salomon Smith Barney Inc. | Inactive Client |
| | Citigoup Inc. | Active General Representation |
| Servicemaster of Sioux Falls | ServiceMaster Industries | Inactive Client |
| Siemens Power Transmission | Siemens AG | Active General Representation |
| Society for Human Resource Mng | Society for Human Resource Mng | Inactive Client |
| South Carolina Dept of Revenue | State of South Carolina | Inactive Client |
| South Carolina State Treasurer | State of South Carolina | Inactive Client |
| Spherion Corporation | Spherion Corporation | Active General Representation |
| Sprint | Sprint | Inactive Client |
| St Paul Surety Co | St Paul Companies | Inactive Client |
| Standard & Poors Corporation | Standard & Poors Corporation | Inactive Client |
| | McGraw-Hill companies | Active General Representation |
| Standard & Poor's/Platt's/JJ Kenny | McGraw-Hill companies | Active General Representation |
| Star Tribune | McClatchy Newspapers | Inactive Client |
| State of California | State of California | Active General Representation |
| Staybridge Suites Plantation | Six Continents plc | Active General Representation |
| Stinson, Mag & Fizzell | Stinson, Mag & Fizzell | Inactive Client |
| Tech Data Corporation | Tech Data Corporation | Inactive Client |
| Teksystems | Teksystems | Inactive Client |
| Texas State Comptroller | Texas State Comptroller | Inactive Client |
| The Bank of New York | The Bank of New York | Inactive Client |

B-10

ATL/967162.11

A1054

| Northwestern Corporation Disclosures | | |
|---|---|---|
| Name of Entity Searched | Name of Entity and/or Affiliate of Entity that is a Paul Hastings client | Status of Client Representation |
| The Bureau of National Affairs | The Bureau of National Affairs | Inactive Client |
| The Depository Trust Company | The Depository Trust Company | Inactive Client |
| The Global Consulting Group | The Global Consulting Group | Inactive Client |
| The Kansas City Star | Knight-Ridder | Inactive Client |
| The Ritz-Carlton Golf Resort | Marriott International | Active General Representation |
| The Wall Street Journal | Dow Jones & Co. | Inactive Client |
| Thelen Reid & Priest LLP | Thelen Reid & Priest LLP | Inactive Client |
| Thompson Coburn | Thompson Coburn | Inactive Client |
| Thomson Financial/Carson | Thomson Corp | Inactive Client |
| Thomson West | Thomson Corp | Inactive Client |
| Thomson West Payment Center | Thomson Corp | Inactive Client |
| Tmp Worldwide Executive Search | TMP Worldwide Inc. | Inactive Client |
| Towers Perrin | Towers Perrin | Inactive Client |
| Travelers Insurance | Travelers Insurance | Inactive Client |
| US Bancorp | US Bancorp | Active General Representation |
| UBS Paine Webber Inc. | UBS Paine Webber Inc. | Inactive Client |
| | UBS AG | Active General Representation |
| United Parcel Service | United Parcel Service | Active General Representation |
| Universal Card | AT&T Corp. | Active General Representation |
| Universal Card | AT&T Corp. | Active General Representation |
| UPS Logistics Group | UPS Logistics Group | Inactive Client |
| | United Parcel Service | Active General Representation |
| US Bancorp Card Services Inc. | US Bancorp | Inactive Client |
| US Bank | US BANK | Inactive Client |
| | US Bancorp | Inactive Client |
| US Post Office-Sioux Falls | United States of America | Active General Representation |
| US Postal Service | United States of America | Active General Representation |
| Verizon Wireless | Verizon Wireless | Active General Representation |
| | Verizon Communications | Active General Representation |
| | Vodaphone Group | Active General Representation |
| Vinson & Elkins | Vinson & Elkins | Inactive Client |
| Visa | Visa | Inactive Client |
| Washington Group International Inc. | Washington Group International Inc. | Inactive Client |

B-11

| Northwestern Corporation Disclosures | | |
|---|---|---|
| Name of Entity Searched | Name of Entity and/or Affiliate of Entity that is a Paul Hastings client | Status of Client Representation |
| Wells Fargo Bank | Wells Fargo Bank | Active General Representation |
| | Wells Fargo & Co. | Active General Representation |
| Wells Fargo Bank South Dakota | Wells Fargo & Co. | Active General Representation |
| Wells Fargo Card Services | Wells Fargo & Co. | Active General Representation |
| Wells Fargo Corporate Card | Wells Fargo & Co. | Active General Representation |
| Wells Fargo Shareowner Services | Wells Fargo & Co. | Active General Representation |
| West Group | Thomson Corporation | Inactive Client |
| William M Mercer Inc. | William M Mercer Inc. | Inactive Client |
| | Marsh & McLennan | Active General Representation |
| Wilmington Trust Company | Wilmington Trust Company | Active General Representation |
| Xerox Corporation | Xerox Corporation | Inactive Client |
| | | Active General Representation |
| Federal Energy Regulatory Commission | United States of America | Active General Representation |
| Harris Corporation | Harris Corporation | Active General Representation |
| Washington Group International Inc. | Washington Group International Inc. | Inactive Client |
| Ingram Micro Inc. | Ingram Micro Inc. | Inactive Client |
| Verizon Wireless Bellevue | Verizon Communication | Active General Representation |
| XPEDX | International Paper | Inactive Client |
| GE Support Services LP | General Electric Company Inc. | Active General Representation |
| Qwest | Qwest | Active General Representation |
| ADP Investors Communication Service | Automatic Data Processing Inc. | Inactive Client |
| Southern States Inc. | Allied Waste | Inactive Client |
| Wells Fargo Shareowner Services | Wells Fargo & Co. | Active General Representation |
| AT&T Corp. | AT&T Corp. | Active General Representation |
| | | |
| Section F:  Secured Creditors and Lienholders | | |
| | | |

ATL/967162.13

A1056

| Northwestern Corporation Disclosures | | |
|---|---|---|
| Name of Entity Searched | Name of Entity and/or Affiliate of Entity that is a Paul Hastings client | Status of Client Representation |
| Credit Suisse First Boston | Credit Suisse First Boston | Active General Representation |
|  | Credit Suisse Group | Active General Representation |
| UBS AG | UBS AG | Active General Representation |
| Foothill Income Trust LP | Foothill Income Trust LP | Inactive Client |
|  | Wells Fargo & Co | Active General Representation |
| Ableco Finance LLC | Ableco Finance LLC | Active General Representation |
|  | Cerberus Partners LP | Active General Representation |
| Long Lane Master Trust IV | FleetBoston | Active General Representation |
| Canadian Imperial Bank of Commerce | Canadian Imperial Bank of Commerce | Active General Representation |
| Black Diamond Intl Funding, Ltd. | Black Diamond Capital Management | Inactive Client |
| Sunamerica Life Insurance Co | American International Group | Active General Representation |
| Black Diamond 1998-1 | Black Diamond Capital Management | Inactive Client |
| Black Diamond CLO 2000-1 LTD | Black Diamond Capital Management | Inactive Client |
| Syndicated Loan Funding Trust | Northern Trust | Inactive Client |
| Goldman Sachs Credit PTS LP | Goldman Sachs Credit PTS LP | Active General Representation |
|  | Goldman Sachs & Co | Active General Representation |
| Elf Funding Trust I | Highland Capital Management | Inactive Client |
| Highland Legacy LTD | Highland Capital Management | Inactive Client |
| **Section G: Significant Professionals of the Debtors** |  |  |
| Bracewell & Patterson LLP | Bracewell & Patterson LLP | Inactive Client |
| Davis Wright Tremaine LLP | Davis Wright Tremaine LLP | Inactive Client |
| Gray Cary Ware & Freidenrich LLP | Gray Cary Ware & Freidenrich LLP | Inactive Client |
| Gust Rosenfeld P.L.C. | Gust Rosenfeld P.L.C. | Inactive Client |
| Jackson Lewis Schnitzler & Krupman | Jackson Lewis Schnitzler & Krupman | Inactive Client |
| Pillsbury Madison & Sutro LLP | Pillsbury Madison & Sutro LLP | Inactive Client |
|  | Pillsbury Winthrop | Active General Representation |
| Preston Gates Ellis LLP | Preston Gates Ellis LLP | Inactive Client |

ATL/967162.11

A1057

| Northwestern Corporation Disclosures | | |
|---|---|---|
| Name of Entity Searched | Name of Entity and/or Affiliate of Entity that is a Paul Hastings client | Status of Client Representation |
| Reinhart, Boerner | Reinhart, Boerner | Inactive Client |
| Sidley, Austin | Sidley, Austin | Active General Representation |
| Skadden, Arps, Slate, Meagher & Flom LLP | Skadden, Arps, Slate, Meagher & Flom LLP | Active General Representation |
| Squire Sanders & Dempsey L.L.P. | Squire Sanders & Dempsey L.L.P. | Active General Representation |
| Deloitte & Touche | Deloitte Touche Tohmatsu | Inactive Client |
| Gibson Dunn & Crutcher | Gibson Dunn & Crutcher | Inactive Client |
| PWC | PriceWaterhouseCoopers | Active General Representation |
| D&T | Deloitte Touche Tohmatsu | Active General Representation |
| KPMG | KPMG | Active General Representation |
| Gavin Anderson | Omnicom | Active General Representation |
| Hewitt | Hewitt Associates | Inactive Client |
| Jones Day Reavis & Pogue | Jones Day Reavis & Pogue | Inactive Client |
| Russell Reynolds | Russell Reynolds | Inactive Client |
| Marsh | Marsh | Active General Representation |
| Section H: Investment Bankers for Debtors during last three years | | |
| Bear Stearns | Bear Sterns Companies | |
| Lazard Feres | Lazard Feres & Co. | Inactive Client |
| Section I Parties to Significant Contracts & Leases | | |
| Bonneville Power Administration | United States of America | Active General Representation |
| Colorado Interstate Gas | El Paso Energy | Inactive Client |
| Colstrip Unit 4 Lease Management Division of NorthWestern Energy | Colstrip Energy LP | Inactive Client |
| | Pacific Gas & Electric | Inactive Client |
| Duke Energy Corp. | Duke Energy Corp. | Active General Representation |
| | Duke Energy | Active General Representation |
| Duke Energy Trading & Marketing | Duke Energy Corp. | Active General Representation |

B-14

A1058

| Northwestern Corporation Disclosures | | |
|---|---|---|
| Name of Entity Searched | Name of Entity and/or Affiliate of Entity that is a Paul Hastings client | Status of Client Representation |
| | Duke Energy Trading & Marketing | Active General Representation |
| NOVA Gas Transmission Ltd. | Alberta Natural Gas | Inactive Client |
| PPL Montana | Pennsylvania Power & Light Co | Inactive Client |
| West Central Electric Cooperative | Rushmore Electric | Inactive Client |
| Western Area Power Administration | United States of America | Active General Representation |
| Xcel Energy Inc. | Xcel Energy Inc. | Inactive Client |
| | | |
| Section J: Insurers of the Debtors | | |
| | | |
| AON Risk Services of Minnesota and Financial Service Inc. | AON Corp. | Inactive Client |
| Chubb Corporation | Chubb Corporation | Inactive Client |
| Continental Casualty Company | Loews Corp. | Inactive Client |
| Federal Insurance Company | Chubb Corp. | Inactive Client |
| Greenwich Insurance Company | XL Capital Ltd | Active General Representation |
| Lloyd's of London | Lloyd's of London | Inactive Client |
| Lumbermen's Mutual Casualty Company | Kemper Insurance Companies | Inactive Client |
| The Hartford | Hartford Life Insurance | Active General Representation |
| | Hartford Financial Services | Active General Representation |
| | Hartford Financial Services Group | Active General Representation |
| National Union | National Union Fire Insurance | Inactive Client |
| | American International Group | Inactive Client |
| United States Fidelity and Guaranty Company | St Paul Companies | Inactive Client |
| | | |
| Section K: Indenture Trustees | | |
| | | |
| JPMorgan Chase Bank | JP Morgan Chase & Co. | Active General Representation |
| Bank of New York | Bank of New York Company Inc. | Inactive Client |
| US Bank National Association | US Bancorp | Inactive Client |
| First National Bank of Chicago | Bank One Corporation | Inactive Client |
| Wilmington Trust Company | Wilmington Trust Company | Active General Representation |
| Citibank N.A | Citibank N.A | Inactive Client |
| | Citigroup | Active General Representation |

B-15

A1059

| Northwestern Corporation Disclosures | | |
|---|---|---|
| Name of Entity Searched | Name of Entity and/or Affiliate of Entity that is a Paul Hastings client | Status of Client Representation |
| **Section L:  Parties to Significant Actual or Known Potential Litigation** | | |
| **Plaintiffs** | | |
| **None.** | | |
| **Defendants** | | |
| A.G. Edwards Investment Management Consulting Services, Inc. | A.G. Edwards Investment Management Consulting Services, Inc. | Inactive Client |
| Credit Suisse First Boston Corporation | Credit Suisse Group | Active General Representation |
| Gary G. Drook | Gary G. Drook | Pro-Bono Representation |
| Goldman Sachs & Co. | Goldman Sachs & Co. | Inactive Client |
| | Goldman Sachs Group Inc. | Active General Representation |
| Goldman Sachs Group Inc. | Goldman Sachs Group Inc. | Active General Representation |
| Merrill Lynch Pierce Fenner & Smith, Inc. | Merrill Lynch Pierce Fenner & Smith, Inc. | Inactive Client |
| | Merrill Lynch & Co. | Active General Representation |
| Milbank Tweed Hadley & McCloy LLP | Milbank Tweed Hadley & McCloy LLP | Inactive Client |
| Montana Power Co. | Northwestern | Active General Representation |
| Montana Power LLC | Northwestern | Active General Representation |
| Morgan Stanley & Co., Inc. | Morgan Stanley & Co., Inc. | Inactive Client |
| | Morgan Stanley | Active General Representation |
| Northern Trust Corporation | Northern Trust Corporation | Inactive Client |
| NorthWestern Capital Financing I | Northwestern | Active General Representation |
| NorthWestern Capital Financing II | Northwestern | Active General Representation |
| NorthWestern Capital Financing III | Northwestern | Active General Representation |
| NorthWestern Energy | Northwestern | Active General Representation |
| PPL Montana LLC | PPL Montana LLC | Inactive Client |
| Prudential Securities, Inc. | Prudential Securities, Inc. | Active General Representation |

ATL/967162.11

| Northwestern Corporation Disclosures | | |
|---|---|---|
| Name of Entity Searched | Name of Entity and/or Affiliate of Entity that is a Paul Hastings client | Status of Client Representation |
|  | Prudential Financial Inc. | Active General Representation |
| Salomon Smith Barney, Inc. | Salomon Smith Barney, Inc. | Active General Representation |
|  | Citigroup Inc. | Active General Representation |
| UBS Warburg LLC | UBS Warburg LLC | Inactive Client |
|  | UBS AG | Active General Representation |
| Wilmington Trust Company 34051 | Wilmington Trust Company | Active General Representation |
|  |  |  |
| Section M:  Other Significant Relationships/Potentially Adverse Parties |  |  |
|  |  |  |
| Congress Financial | Wachovia | Active General Representation |
| Lucent Technologies' Enterprise Network Group | Lucent Technologies Inc. | Active General Representation |

B-17

A1061

## EXHIBIT C

### Northwestern Corporation

Payments Received June 16, 2003 through Sept. 12, 2003
Our Client Number 31259

| Billing Date | Period of Service | Payment Date | Fees Paid | Costs Paid | Total Paid |
|---|---|---|---|---|---|
| 15-May-03 | April 1 through April 30, 2003 | 31-Jul-03 | $1,175,727.50 | $45,252.25 | $1,220,979.75 |
| 18-Jun-03 | May 1 through May 31, 2003 | 31-Jul-03 | $1,052,991.25 | $60,645.23 | $1,113,636.48 |
| 8-Jul-03 | June 1 through June 30, 2003 | 29-Aug-03 | $1,113,329.10 | $86,877.28 | $1,200,206.38 |
| 18-Aug-03 | July 1 through July 31, 2003 | 10-Sep-03 | $1,299,898.75 | $66,174.64 | $1,366,073.39 |
| 31-Aug-03 | August 1 through August 31, 2003 | 10-Sep-03 | $1,586,582.50 | $43,771.81 | $1,630,354.31 |
| 11-Sep-03 | September 1 through September 14, 2003 | 12-Sep-03 | $698,865.00 | $87,748.83 | $786,613.83 |
| 11-Sep-03 | Retainer | 12-Sep-03 | $500,000.00 | $0.00 | $500,000.00 |
| 11-Sep-03 | Estimates of Time through September 14, 2003 | 12-Sep-03 | $475,000.00 | $0.00 | $475,000.00 |
| | | | $7,902,394.10 | $390,470.04 | $8,292,864.14 |

B-1

ATL/567162.11

A1062

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NORTHWESTERN CORPORATION, | : | Case No. 03-12872 (PJW) |
| | : | |
| Debtor. | : | |
| | : | |

### ORDER AUTHORIZING THE EMPLOYMENT OF PAUL, HASTINGS, JANOFSKY & WALKER LLP AS ATTORNEYS FOR THE DEBTOR

UPON the application (the "Application") by NorthWestern Corporation, a Delaware corporation (the "Debtor"), pursuant to §§ 327(a) and 328(a) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 2104(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), for the entry of an order authorizing the retention and employment of Paul, Hastings, Janofsky & Walker LLP ("Paul Hastings") as attorneys for the Debtor effective as of the Petition Date[1]; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having reviewed the Application and the Austin Affidavit; and due notice of the Application having been given under the circumstances; and it appearing that no other or further notice of the Application is necessary or required; and the Court having determined that the relief requested in the Application is in the best interests of the Debtor, its estate, its creditors and other parties-in-interest; and after due deliberation and sufficient cause appearing therefore; it is hereby

---

[1] Any capitalized term used herein but not otherwise defined shall have the meaning ascribed to such term in the Application.

FOUND that:

A.   Paul Hastings does not hold or represent any interest adverse to the Debtor's estate and is a "disinterested person" as defined in Section 101(14) – and required by Section 327(a) – of the Bankruptcy Code; and

B.   None of the payments made to Paul Hastings prior to the Petition Date constitute voidable preferential transfers pursuant to Section 547 of the Bankruptcy Code; and it is therefore

ORDERED, that the Application is GRANTED; and it is further

ORDERED, that the Debtor is hereby authorized to retain and employ Paul Hastings as its counsel in this Chapter 11 case, pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code and Bankruptcy Rule 2104(a), effective as of the Petition Date; and it is further

ORDERED, that Paul Hastings is authorized to perform any and all legal services for the Debtor that are necessary or appropriate in connection with this Chapter 11 case; and it is further

ORDERED, that Paul Hastings shall be compensated for its services and reimbursed for any related expense in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and any other applicable orders of this Court.

Dated: October ___, 2003
      Wilmington, Delaware

_____
THE HONORABLE PETER J. WALSH
UNITED STATES BANKRUPTCY JUDGE

A1064

**ORIGINAL**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NORTHWESTERN CORPORATION, | : | Case No. 03-12872 (CGC) |
| | : | |
| Debtor. | : | Ref. Docket No. 40 |
| | : | |

### ORDER AUTHORIZING THE EMPLOYMENT OF PAUL, HASTINGS, JANOFSKY & WALKER LLP AS ATTORNEYS FOR THE DEBTOR

**UPON** the application (the "Application") by NorthWestern Corporation, a

Delaware corporation (the "Debtor"), pursuant to Section 327(a) of Title 11 of the United

States Code (the "Bankruptcy Code") and Rule 2104(a) of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules"), for the entry of an order authorizing the

retention and employment of Paul, Hastings, Janofsky & Walker LLP ("Paul Hastings")

as attorneys for the Debtor effective as of the Petition Date[1]; and the Court having found

that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and that

this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having

reviewed the Application and the Austin Affidavit; and due notice of the Application

having been given under the circumstances; and it appearing that no other or further

notice of the Application is necessary or required; and the Court having determined that

the relief requested in the Application is in the best interests of the Debtor, its estate, its

creditors and other parties-in-interest; and after due deliberation and sufficient cause

appearing therefore; it is hereby

---

[1] Any capitalized term used herein but not otherwise defined shall have the meaning ascribed to such term
in the Application.

A1065

#198

FOUND, that Paul Hastings does not hold or represent any interest adverse to the Debtor's estate and is a "disinterested person" as defined in Section 101(14) – and required by Section 327(a) – of the Bankruptcy Code; and it is therefore

ORDERED, that the Application is **GRANTED**; and it is further

ORDERED, that the Debtor is hereby authorized to retain and employ Paul Hastings as its counsel in this Chapter 11 case, pursuant to Section 327(a) of the Bankruptcy Code and Bankruptcy Rule 2104(a), effective as of the Petition Date; and it is further

ORDERED, that Paul Hastings is authorized to perform any and all legal services for the Debtor that are necessary or appropriate in connection with this Chapter 11 case; and it is further

ORDERED, that Paul Hastings shall be compensated for its services and reimbursed for any related expense in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and any other applicable orders of this Court.

Dated: October 10, 2003
       Wilmington, Delaware

THE HONORABLE CHARLES G. CASE, II
UNITED STATES BANKRUPTCY JUDGE

A1066

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| NORTHWESTERN CORPORATION, | : | Case No. 03-12872 (CGC) |
| Debtor. | : | |

**SUPPLEMENTAL AFFIDAVIT OF JESSE H. AUSTIN III IN CONNECTION
WITH PAUL, HASTINGS, JANOFSKY & WALKER LLP'S EMPLOYMENT AS
ATTORNEYS FOR DEBTOR AND DEBTOR-IN-POSSESSION**

I, Jesse H. Austin III, being duly sworn, hereby depose and say as follows:

1.      I am a member of the firm of Paul, Hastings, Janofsky & Walker LLP ("Paul Hastings" or the "Firm"), which maintains offices for the practice of law at 600 Peachtree Street, Atlanta, Georgia 30308. I am admitted to the practice of law in Georgia, the United States District Court for the Northern and Southern Districts of Georgia and the Northern District of Texas, and the 11th Circuit United States Court of Appeals. Unless otherwise stated in this affidavit, I have personal knowledge of the facts set forth herein.

2.      On September 17, 2003, I submitted an affidavit (the "Affidavit") in support of the application (the "Application") of the debtor and debtor-in-possession (the "Debtor") in the above-captioned Chapter 11 case for the entry of an order, pursuant to §§ 327(a) and 328(a) of Title 11 of the United States Code (the "Bankruptcy Code"), authorizing the retention and employment of Paul Hasting as attorneys for the Debtor and to provide the disclosures required under § 329 of the Bankruptcy Code, Rules 2014(a)

ATLA991340.1

A1067

and 2016(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the rules of this Court.

3.    Having received additional information relevant to the Firm's role in this Chapter 11 case, I now seek to supplement my Affidavit. Unless otherwise defined, all capitalized terms used herein have the meaning given to them in the Application.

### DISINTERESTEDNESS

4.    Neither I, nor Paul Hastings, nor any partner, of counsel, or associate thereof, as far as I have been able to ascertain, has any connection with the Debtor, its creditors, the United States trustee or any other party with an actual or potential interest in this Chapter 11 case or their respective attorneys or accountants, except as set forth in my Affidavit or as follows: the Firm has represented ARCO and/or its affiliates in the past and continues to represent BP Amoco PLC and Dixie Pipeline Company in matters unrelated to the Debtor. Accordingly, Exhibit B to my Affidavit should be amended to include the entries shown on the attachment hereto.

5.    In accordance with Bankruptcy Code § 327(a), I respectfully submit that the representation identified above and in the attachment hereto is not materially adverse to the interests of the estate or any class of creditors or equity security holders and would not preclude Paul Hastings' representation of the Debtor. Moreover, pursuant to § 327(c) of the Bankruptcy Code, Paul Hastings is not disqualified from acting as the Debtor's counsel merely because it represents creditors in unrelated matters.

ATL_9913401

2

A1068

## PROFESSIONAL COMPENSATION

6.    In my Affidavit, I stated that Paul Hastings received a pre-petition payment of $475,000 (the "Payment") for posted and estimated professional fees and expenses incurred pre-petition (the "Estimated Pre-Petition Bill"). I stated that Paul Hastings would issue a final billing statement (the "Final Pre-Petition Bill") for actual fees and disbursements for the period covered by the Estimated Pre-Petition Bill once all fees and disbursements accrued prior to the filing had been finally posted. Such fees and disbursements now have been posted. Paul Hastings has issued the Final Pre-Petition Bill. The Payment has been applied thereto.

7.    In my Affidavit, I noted that the information set forth therein represented Paul Hastings' best estimates of its pre-petition charges and retainer amounts as of the date thereof. Now that the Final Pre-Petition Bill has been issued, I am able to provide those amounts. The Final Pre-Petition Bill reflects Paul Hastings' fees in the amount of $379,835.00 and disbursements in the amount of $162,151.19 for the period from September 11, 2003 through the Petition Date. Also, Paul Hastings received an advance payment retainer of $462,427.97 for its post-petition services and expenses to be rendered or incurred for, or on behalf of, the Debtor. Paul Hastings has not shared or agreed to share its compensation with any other entity.

8.    Paul Hastings will periodically review its files during the pendency of this Chapter 11 case to ensure that no conflicts or other disqualifying circumstances exist or arise. If any new relevant facts or relationships are discovered or arise, Paul Hastings

ATL_9913401.1

3

A1069

will use reasonable efforts to identify such further developments and will promptly file a

supplemental affidavit in accordance with Rule 2014(a) of the Bankruptcy Rules.

Executed this 19th day of December 2003.

Jesse H. Austin III
Paul, Hastings, Janofsky & Walker LLP
600 Peachtree Street, N.W., Suite 2400
Atlanta, GA 30308
Telephone: (404) 815-2400
Facsimile: (404) 815-2424

Subscribed and sworn to before me
this _19_ day of December 2003.

Notary Public                Notary Public, Rockdale County, Georgia
My Commission Expires        My Commission Expires October 4, 2004

ATL/991340.1                                    4

A1070

## ADDITION TO AFFIDAVIT'S EXHIBIT B

| Northwestern Corporation Disclosures | | |
|---|---|---|
| Name of Entity Searched | Name of Entity and/or Affiliate of Entity that is a Paul Hastings client | Status of Client Representation |
| ARCO | BP Amoco PLC Dixie Pipeline Company | Active General Representation[1] |

---

[1] Active General Representation means corporate or real estate transactional, litigation, tax or employment work unrelated to the Debtor and its affiliates.

ATL/991340.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| NORTHWESTERN CORPORATION, | : | Case No. 03-12872 (CGC) |
| Debtor. | : | |
| | : | |

### SECOND SUPPLEMENTAL AFFIDAVIT OF JESSE H. AUSTIN, III IN CONNECTION WITH PAUL, HASTINGS, JANOFSKY & WALKER LLP'S EMPLOYMENT AS ATTORNEYS FOR DEBTOR AND DEBTOR-IN-POSSESSION

I, Jesse H. Austin, III, being duly sworn, hereby depose and say as follows:

1.    I am a member of the firm of Paul, Hastings, Janofsky & Walker LLP ("Paul Hastings" or the "Firm"), which maintains offices for the practice of law at 600 Peachtree Street, Atlanta, Georgia 30308. I am admitted to the practice of law in Georgia, the United States District Court for the Northern and Southern Districts of Georgia and the Northern District of Texas, and the 11th Circuit United States Court of Appeals. Unless otherwise stated in this affidavit, I have personal knowledge of the facts set forth herein.

2.    On September 17, 2003, I submitted an affidavit (the "Original Affidavit") in support of the application of the debtor and debtor-in-possession (the "Debtor" or "NorthWestern") in the above-captioned Chapter 11 case for the entry of an order, pursuant to §§ 327(a) and 328(a) of Title 11 of the United States Code (the "Bankruptcy Code"), authorizing the retention and employment of Paul Hasting as attorneys for the Debtor and to provide the disclosures required under § 329 of the Bankruptcy Code,

A1072

Rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the rules of this Court.

3.     On December 19, 2003, I submitted a supplemental affidavit (the "First Supplemental Affidavit") disclosing additional entities with an actual or potential interest in the Debtor's case which the Firm has represented and/or continues to represent in matters unrelated to the Debtor.

4.     This affidavit supplements the Original Affidavit and the First Supplemental Affidavit with respect to the disclosures set forth herein.

A.     NorthWestern's Claims against Netexit, Inc. and its Subsidiaries

5.     On May 4, 2004 (the "Netexit Petition Date"), Netexit, Inc. ("Netexit") and its subsidiary debtors (collectively, the "Netexit Debtors") filed voluntary Chapter 11 petitions with this Court. The Netexit Debtors are directly and indirectly owned by the Debtor through preferred and common stock investments.

6.     Paul Hastings seeks to be retained in the Netexit Debtors' Chapter 11 cases as their counsel. A hearing with respect to Paul Hastings' retention application is scheduled in the Netexit cases for June 21, 2004.

7.     I am informed and believe that Expanets, Inc., the predecessor in interest to Netexit, executed certain promissory notes in favor of NorthWestern as follows: (i) a promissory note dated June 3, 2003 executed by Expanets which had a balance of principal and accrued interest as of the Netexit Petition Date of $10,177,753; (ii) a demand promissory note dated October 13, 2003 executed by Expanets which had a balance of principal and accrued interest as of the Netexit Petition Date of $117,955,856;

A1073

(iii) a demand promissory note also dated October 13, 2003 executed by Expanets which had a balance of principal and accrued interest as of the Netexit Petition Date of $56,561,099; and (iv) intercompany accounts payable of $52,525,567. I am informed and believe that as of the Netexit Petition Date the aggregate indebtedness of Netexit to NorthWestern pursuant to the foregoing promissory notes and accounts payable was approximately $237,220,000. Additionally, NorthWestern asserts equity interests in Netexit by way of a $363,627,003 preferred stock investment and a $500,000 common stock investment. There are also certain indemnification obligations that NorthWestern assumed in connection with the sale of substantially all of the assets of Expanets to Avaya, Inc. (the "Avaya Sale").

    a)    <u>Separate Counsel for Inter-Estate Claims</u>

    8.    As detailed above there are certain claims which NorthWestern asserts against the Netexit Debtors and certain indemnification obligations that NorthWestern assumed in connection with the Avaya Sale. In addition, I am informed and believe that Netexit is included as a beneficiary under certain of NorthWestern's insurance policies. In connection with its retention by the Netexit Debtors, Paul Hastings does not propose to represent the Netexit Debtors in connection with any claims that they may hold against NorthWestern. Similarly, pursuant to its existing retention by NorthWestern, Paul Hastings does not propose to represent NorthWestern in connection with any claims that it holds against the Netexit Debtors. The Official Committee of Unsecured Creditors in NorthWestern's Chapter 11 case (the "NorthWestern Creditors' Committee") is playing an active and vigorous role in the NorthWestern case. An Official Committee of

A1074

Unsecured Creditors has also been constituted in the Netexit Chapter 11 case (the "Netexit Creditors' Committee") and has retained counsel. To the extent any conflicts arise as between NorthWestern and the Netexit Debtors, the NorthWestern Creditors' Committee and the Netexit Creditors' Committee can, with the assistance of counsel, address any claims of NorthWestern against the Netexit Debtors and adequately represent the interests of the NorthWestern estate with respect to claims against the Netexit Debtors.

**B.    Magten Asset Management Corporation's Statement**

9.    On or about April 16, 2004 Magten Asset Management Corporation ("Magten"), along with Law Debenture Trust Company of New York, filed an adversary proceeding against the Debtor styled as Adversary Proceeding No. 04-53324-CGC, and therein asserted various claims with respect to that transaction generally referred to as the "going flat" transaction (the "Magten Adversary Proceeding").

10.    On or about May 11, 2004, Magten filed its Statement pursuant to Section 328(c) regarding Paul, Hastings, Janofsky & Walker LLP (the "Magten Statement") asserting that Paul Hastings was no longer disinterested.

11.    On or about May 19, 2004, Magten filed its Complaint and Demand for Jury Trial in the case styled Magten Asset Management Corporation, suing individually and derivatively on behalf of Clark Fork and Blackfoot, LLC v. Paul, Hastings, Janofsky & Walker LLP, Cause No. DV-04-131, Montana Second Judicial District Court, Silver Bow County (the "Magten Paul Hastings Litigation") alleging that Paul Hastings

A1075

conspired with and aided and abetted the Debtor in alleged wrongful acts arising from the "going flat" transaction.

12.     On or about May 14, 2004 the Debtor filed a motion to dismiss the Magten Adversary Proceeding for failing to state a claim upon which relief can be granted. On or about June 2, 2004, Paul Hastings filed its Response to the Magten Statement.

a)     <u>Separate Counsel with Respect to the Magten Adversary Proceeding</u>

13.     As a result of the filing of the Magten Paul Hastings Litigation and in order to avoid any potential or appearance of any conflict of interest, all matters relating to the Magten Adversary Proceeding have been transferred to Greenberg Traurig LLP. Paul Hastings is no longer handling matters related to the Magten Adversary Proceeding.

<u>DISINTERESTEDNESS</u>

14.     Neither I, nor Paul Hastings, nor any partner, of counsel, or associate thereof, as far as I have been able to ascertain, has any connection with the Debtor, its creditors, the United States trustee or any other party with an actual or potential interest in this Chapter 11 case or their respective attorneys or accountants, except as set forth in the Original Affidavit, the First Supplemental Affidavit, herein or as follows: prior to the Debtor's Chapter 11 filing the Firm represented Cornerstone Propane L.P. ("Cornerstone") in connection with two arbitration proceedings, the Richard D. Nye arbitration and the William Woods arbitration, and also provided Cornerstone with limited general corporate counseling services.

## PROFESSIONAL COMPENSATION

15.    In connection with its representation of Cornerstone, Paul Hastings during the year preceding the Debtor's bankruptcy filing received approximately $180,327.90 in payment from Cornerstone. This payment included an advance payment in connection with the arbitrations. Since January 2004, no additional services have been provided in connection with the arbitrations. Approximately $51,406.43 remained of the advance payment. As the Cornerstone matters are currently inactive and Paul Hastings no longer represents Cornerstone in any capacity, Paul Hastings returned the remaining portion of the advance payment in the approximate amount of $51,406.43 to Cornerstone immediately prior to Cornerstone filing its own Chapter 11 case..

16.    Paul Hastings will periodically review its files during the pendency of this Chapter 11 case to ensure that no conflicts or other disqualifying circumstances exist or arise. If any new relevant facts or relationships are discovered or arise, Paul Hastings will use reasonable efforts to identify such further developments and will promptly file a supplemental affidavit in accordance with Rule 2014(a) of the Bankruptcy Rules.

ATL/1037701.4

A1077

Executed this <u>16</u> day of June 2004.

                                   Jesse H. Austin, III
Paul, Hastings, Janofsky & Walker LLP
600 Peachtree Street, N.W., Suite 2400
Atlanta, GA 30308
Telephone: (404) 815-2400
Facsimile: (404) 815-2424

Subscribed and sworn to before me
this <u>16</u> day of June 2004.

Notary Public
My Commission Expires:

Notary Public, Rockdale County, Georgia
My Commission Expires October 4, 2004

7

A1078