```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF DELAWARE


IN RE:                              :
                                    : Chapter 11
NORTHWESTERN CORPORATION,           :
                                    : Bankruptcy Case No. 03-12872
        Debtor.                     :
                                    :
_____:_____
MAGTEN ASSET MANAGEMENT CORP.       :
                                    :
        Appellant,                  :
                                    :
   v.                               : Civil Action No. 04-1279-JJF
                                    :
PAUL HASTINGS JANOFSKY & WALKER     :
LLP,                                :
                                    :
        Appellee.                   :
                                    :
_____:_____
MAGTEN ASSET MANAGEMENT CORP.       :
                                    :
        Appellant,                  :
                                    :
   v.                               : Civil Action No. 04-1389-JJF
                                    :
NORTHWESTERN CORP.,                 :
                                    :
        Appellee.                   :
                                    :
_____:_____
MAGTEN ASSET MANAGEMENT CORP.,      :
et al.,                             :
                                    :
        Appellants,                 :
                                    :
   v.                               : Civil Action No. 05-209-JJF
                                    :
NORTHWESTERN CORP., et al.,         :
                                    :
        Appellees                   :
                                    :
_____:_____
```

```
MAGTEN ASSET MANAGEMENT CORP.          :
                                       :
          Appellant,                   :
                                       :
     v.                                : Civil Action No. 05-398-JJF
                                       :
PAUL HASTINGS JANOFSKY & WALKER        :
LLP,                                   :
                                       :
          Appellee.                    :
_____:_____
MAGTEN ASSET MANAGEMENT CORP.,         :
                                       :
          Plaintiff,                   :
                                       :
     v.                                : Civil Action No. 05-499-JJF
                                       :
MIKE J. HANSON and ERNIE J.            :
KLINDT,                                :
                                       :
          Defendants.                  :
```

## O R D E R

WHEREAS, several issues in the above captioned matters are substantially interrelated;

NOW THEREFORE, IT IS HEREBY ORDERED that a status conference in the above captioned matters shall be held on **Friday, October 21, 2005** at **9:30 a.m.** in Courtroom No. 4B on the 4th floor, Boggs Federal Building, Wilmington.

September 26, 2005
          DATE

                                        /s/ Joseph J. Farnan, Jr.
                                        UNITED STATES DISTRICT JUDGE