IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------x
MAGTEN ASSET MANAGEMENT             :
CORPORATION,                        :
                                    :
            Appellant,              :
                                    :
    v.                              :    Civil Action No. 04-1279 JJF
                                    :
PAUL HASTINGS JANOFSKY &            :
WALKER LLP,                         :
                                    :
            Appellee.               :
-------------------------------------------------------x
```

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Curtis S. Miller, Esquire, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission *pro hac vice* of Paul Spagnoletti, Esquire of Davis, Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017 to represent Defendant Paul Hastings Janofsky & Walker LLP in this action. The Admittee is admitted, practicing, and in good standing in the States of New York and New Jersey. He is also admitted to the U.S. District Courts for the Eastern and Southern Districts of New York.

Dated: Dec. 5, 2005

MORRIS, NICHOLS, ARSHT & TUNNELL

Robert J. Dehney (No. 3578)
Curtis S. Miller (No. 4583)
1201 North Market Street, PO Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court. I further certify that I am admitted, practicing and in good standing as a member of the Bars of the States of New York and New Jersey and the United States District Courts for the Eastern and Southern Districts of New York. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Paul Spagnoletti
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York 10017
(212) 450-4000
(212) 450-3800

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date:_____                    _____
                                        United States District Court Judge

491408v2