## MAGTEN/NORTHWESTERN CONSOLIDATED SERVICE LIST
## (DISTRICT OF DELAWARE C.A. NOS. 04-1494 JJF; 04-1256 JJF; 05-0499 JJF)

**PLAINTIFFS' COUNSEL:**

| NAME/FIRM | TELEPHONE | E-MAIL |
|---|---|---|

**Counsel for Magten Asset Management (Case Nos. 04-1494 JJF and 05-499 JJF)**

| NAME/FIRM | TELEPHONE | E-MAIL |
|---|---|---|
| Bonnie Steingart | (212) 859-8004 | steinbo@friedfrank.com |
| John W. Brewer | (212) 859-8736 | brewejo@friedfrank.com |
| Gary L. Kaplan | (212) 859-8812 | kaplaga@friedfrank.com |
| Jordanna L. Nadritch | (212) 859-8504 | nadrijo@ffhsj.com |
| Joanna I. Palacios | (212) 859-8682 | joanna.palacios@ffhsj.com |
| FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP | | |
| One New York Plaza | | |
| New York, NY 10004-1980 | | |
| Main TN: (212) 859-8000 | | |
| Main Fax: (212) 859-4000 | | |
| | | |
| Dale R. Dubé | (302) 425-6467 | dube@blankrome.com |
| Elio Battista, Jr. | (302) 425-6424 | battista@blankrome.com |
| BLANK ROME LLP | | |
| 1201 Market Street, Suite 800 | | |
| Wilmington, DE 19801 | | |
| Main TN: (302) 425-6400 | | |
| Main Fax: (302) 425-6464 | | |

**Counsel for Law Debenture Trust (Case No. 04-1494 JJF)**

| NAME/FIRM | TELEPHONE | E-MAIL |
|---|---|---|
| John V. Snellings | (617) 345-1202 | jsnellings@nixonpeabody.com |
| Amanda D. Darwin | (617) 345-1042 | adarwin@nixonpeabody.com |
| NIXON PEABODY LLP | | |
| 100 Summer Street | | |
| Boston, Massachusetts 02110-2131 | | |
| Main TN: (617) 345-1000 | | |
| Main Fax: (617) 345-1300 | | |

| | | |
|---|---|---|
| Kathleen M. Miller<br>SMITH KATZENSTEIN &<br>  FURLOW LLP<br>800 Delaware Avenue<br>P.O. Box 410<br>Wilmington, DE 19899<br>Main TN: (302) 652-8400<br>Main Fax: (302) 652-8405 | (302) 652-8400 | kmm@skfdelaware.com |

**Counsel for Magten Asset Management (Case No. 04-1256):**

| | | |
|---|---|---|
| Bijon Amini<br>Avery Samet<br>STORCH AMINI & MUNVES PC<br>2 Grand Central Tower<br>140 East 45th Street, 25th Floor<br>New York, New York 10017-2131<br>Main TN: (212) 490-4100<br>Fax: (212) 490-4208 | (212)<br>(212) | bamini@samlegal.com<br>asamet@samlegal.com |
| David A. Jenkins<br>SMITH KATZENSTEIN &<br>  FURLOW LLP<br>800 Delaware Avenue<br>P.O. Box 410<br>Wilmington, DE 19899<br>Main TN: (302) 652-8400<br>Main Fax: (302) 652-8405 | (302) 652-8400 | daj@skfdelaware.com |

**DEFENDANTS' COUNSEL:**

| NAME/FIRM | TELEPHONE | E-MAIL |
|---|---|---|
| **Counsel for Northwestern Corp:** | | |
| Steven J. Reisman | (212) 696-6065 | sreisman@cm-p.com |
| Joseph D. Pizzurro | (212) 696-6196 | jpizzurro@cm-p.com |
| Nancy E. Delaney | (212) 696-6939 | ndelaney@cm-p.com |
| Miriam K. Harwood | (212) 696-6078 | mharwood@cm-p.com |
| CURTIS, MALLET-PREVOST, COLT & MOSLE LLP<br>101 Park Avenue<br>New York, New York 10178-0061<br>Main TN: (212) 696-6000<br>Fax: (212) 697-1559 | | |
| Victoria W. Counihan | (302) 661-7000 | counihanv@gtlaw.com |
| Dennis A. Meloro | (302) 661-7395 | melorod@gtlaw.com |
| GREENBERG TRAURIG LLP<br>The Nemours Building<br>1007 North Orange Street, Suite 1200<br>Wilmington, DE 19801<br>Main TN: (302) 661-7000<br>Main Fax: (302) 661-7360 | | |

---

**Counsel for Paul Hastings Janofsky & Walker:**

| NAME/FIRM | TELEPHONE | E-MAIL |
|---|---|---|
| Dennis E. Glazer | 212-450-4900 | dennis.glazer@dpw.com |
| Paul Spagnoletti | 212-450-4577 | paul.spagnoletti@dpw.com |
| DAVIS POLK & WARDWELL<br>450 Lexington Avenue, Room 3004<br>New York, NY 10017<br>Main TN: (212) 450-4000<br>Main Fax: (212) 450-3800 | | |

120087.01600/40159298v.1

| | | |
|---|---|---|
| Robert J. Dehney | (302) 351-9353 | rdehney@mnat.com |
| Curtis S. Miller | (302) 351-9412 | cmiller@mnat.com |
| MORRIS NICHOLS ARSHT & TUNNELL LLP | | |
| 1201 Market Street | | |
| P.O. Box 1347 | | |
| Wilmington, DE 19899-1347 | | |
| Main TN: (302) 658-9200 | | |
| Fax: (302) 425-4673 (R. Dehney) | | |
| Fax: (302) 425-3080 (C. Miller) | | |

**Counsel for Mike Hanson and Ernie Kindt:**

| | | |
|---|---|---|
| Stanley T. Kaleczyc | (406) 443-6820 | stan@bkbh.com |
| Kimberly A. Beatty | (406) 443-6820 | kim@bkbh.com |
| BROWNING, KALECZYC, BERRY & HOVEN, P.C. | | |
| 139 North Last Chance Gulch | | |
| P.O. Box 1697 | | |
| Helena, Mt 59624 | | |
| Main TN: (406) 443-6820 | | |
| Main Fax: (406) 443-6883 | | |
| | | |
| Denise Seastone Kraft | (302) 425-7106 | dkraft@edwardsangell.com |
| EDWARDS ANGELL PALMER & DODGE LLP | | |
| 919 North Market Street | | |
| 15th Floor | | |
| Wilmington, DE 19801 | | |
| Main TN: (302) 777-7770 | | |
| Main Fax: (888) 325-9741 | | |