FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2006 JUL 17 PM 3: 59

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : |
| | : Chapter 11 |
| NORTHWESTERN CORPORATION, | : |
| | : Case No. 03-12872 (CGC) |
| Debtor | : |
| | : |
| MAGTEN ASSET MANAGEMENT CORP., | : |
| | : |
| Appellant, | : |
| | : |
| v. | : Civil Action No. 04-1279-JJF |
| | : |
| PAUL HASTINGS JANOFSKY & WALKER LLP, | : |
| | : |
| Appellee. | : |

**FINAL ORDER**

At Wilmington, this / day of July 2006 for the reasons

discussed in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that the July 23, 2004 Memorandum

Decision and Order of the United States Bankruptcy Court for the

District of Delaware denying Appellant's Motion to Disqualify

Debtor's Counsel, Paul Hastings Janofsky & Walker LLP is

**AFFIRMED**.

UNITED STATES DISTRICT JUDGE