IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTHWESTERN CORPORATION,<br><br>Debtor.<br><br>MAGTEN ASSET MANAGEMENT CORP.<br><br>　　　　　Appellant,<br><br>v.<br><br>PAUL HASTINGS JANOFSKY & WALKER LLP,<br><br>　　　　　Appellee. | Chapter 11<br><br>Case No. 03-12872<br><br><br><br><br><br>Civil Action No. 04-1279 JJF |

## NOTICE OF APPEAL

COMES NOW Appellant Magten Asset Management Corp. ("Magten") and, pursuant to Fed. R. App. P. 3(a) and 6(b), hereby appeals to the United States Court of Appeals for the Third Circuit this Court's order dated July 17, 2006, which affirmed the Bankruptcy Court's Memorandum Decision dated July 23, 2004, denying Magten's Motion to Disqualify Debtor's Counsel, and the Bankruptcy Court's Order dated August 19, 2004 denying Magten's Motion for Reconsideration.

Dated: August 14, 2006

        SMITH KATZENSTEIN & FURLOW LLP

        _____
        Kathleen M. Miller (I.D. No. 2898)
        800 Delaware Avenue
        7th Floor
        PO Box 410
        Wilmington, DE 19899
        (302) 652-8400

        and

        STORCH AMINI & MUNVES PC
        Bijan Amini
        Avery Samet
        2 Grand Central Tower
        New York, New York 10017
        (212) 490-4100
        ATTORNEYS FOR APPELLANT
        MAGTEN