## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of August, 2006, a copy of the foregoing Notice of Appeal of Magten Asset Management Corp. was served on the following parties by first class mail:

Monica Leigh Loftin, Esq.
Greenberg Traurig, LLP
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19801

Neil B. Glassman, Esq.
Charlene D. Davis, Esq.
Eric M. Sutty, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Robert J. Dehney, Esq.
Curtis S. Miller, Esq.
Morris Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Alan W. Kornberg, Esq.
Margaret A. Phillips, Esq.
Ephraim I. Diamond, Esquire
Paul Weiss Rifking Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019

Dennis E. Glazer, Esquire
D. Scott Tucker, Esquire
Catherine Lifeso, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Jesse H. Austin, III
Karol K. Denniston
Paul, Hastings, Janofsky & Walker LLP
600 Peachtree Street, Suite 2400
Atlanta, GA 30308

Mark Kenney, Esq.
844 King Street
Suite 2313, Lockbox 35
Wilmington, DE 19801-3519

/s/ Kathleen M. Miller
Kathleen M. Miller

{10005799.DOC}