IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| NORTHWESTERN CORPORATION, | ) | Case No. 03-12872 (CGC) |
| Debtor. | ) | |
| MAGTEN ASSET MANAGEMENT CORP. | ) | |
| Appellant, | ) | Civil Action No. 04-1279 JJF |
| v. | ) | |
| PAUL HASTINGS JANOFSKY & WALKER LLP, | ) | |
| Appellee. | ) | |

### APPELLANT'S DESIGNATION OF THE RECORD AND STATEMENT OF THE ISSUES ON APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Magten Asset Management Corporation, the Appellant in an appeal to the United States Court of Appeals for the Third Circuit filed on August 14, 2006 files, pursuant to Fed. R. App. P. 6(b)(2)(B)(i), this designation of the items to be included in the record on the appeal of this Court's order dated July 17, 2006 (Docket No. 53), which order affirmed the Bankruptcy Court's memorandum decision dated July 23, 2004 and order dated August 19, 2004 (Docket Nos. 1751 and 1942, respectively), and the statement of the issues to be presented on appeal.

### DESIGNATION OF THE RECORD

A. The entire record that was assembled by the Bankruptcy Court and forwarded to the District Court, in compliance with Bankruptcy Rule 8006, for use and reference in Civil

{10017006.DOC}

Action No. 04-1279 (JJF), including each and every docket entry and hearing transcript contained therein.

B.   From the docket in the District Court:

| Docket No. | Date | Item |
|---|---|---|
| 1 | 9/17/04 | Notice of Appeal |
| 2 | 9/17/04 | Designation, Statement of Issues and Designated Record filed by Magten (and documents identified therein) |
| 3 | 9/17/04 | Designation, Statement of Issues and Designated Record filed by Northwestern Corp (and documents identified therein) |
| 5 | 9/23/04 | Designated Record filed by Paul Hastings (and documents identified therein) |
| 21 | 6/28/05 | Appellant Brief filed by Magten |
| 22 | 6/28/05 | Appendix to Appellant Brief, Volume I, filed by Magten |
| 23 | 6/28/05 | Appendix to Appellant Brief, Volume II, filed by Magten |
| 26 | 8/05/05 | Appellee Brief filed by Paul Hastings |
| 27 | 8/05/05 | Compendium of Unreported Decisions filed by Paul Hastings |
| 28 | 8/05/05 | Appendix to Appellee Brief |
| 29 | 8/15/05 | Appellant's Reply Brief |
| 52 | 7/17/06 | Memorandum Opinion |
| 53 | 7/17/06 | Order |
| 54 | 8/14/06 | Notice of Appeal |

## STATEMENT OF THE ISSUES ON APPEAL

1.   Whether the District Court erred in affirming the Bankruptcy Court's Memorandum Decision dated July 23, 2004 and Order dated August 19, 2004.

2.  Whether the Bankruptcy Court abused its discretion by refusing to find that Paul Hastings had an actual conflict resulting from its dual representation of Northwestern and Clark Fork in connection with a fraudulent conveyance transaction which transferred the bulk of Clark Fork's assets to Northwestern, which actual conflict would have mandated disqualification.

3.  Whether the Bankruptcy Court abused its discretion by not disqualifying Paul Hastings where Paul Hastings held a material interest adverse to a class of creditors and thus was not a disinterested person as required.

4.  Whether the Bankruptcy Court abused its discretion by not disqualifying Paul Hastings where Paul Hastings knowingly concealed its central role in the key transaction between Northwestern and Clark Fork, particularly where the information concealed had, at a minimum, a

bearing on attorney disqualification.

Dated: August 28, 2006

          SMITH, KATZENSTEIN & FURLOW, LLP

          _____
          David A. Jenkins (I.D. No. 932)
          Kathleen M. Miller (I.D. No. 2898)
          The Corporate Plaza
          800 Delaware Avenue
          PO Box 410
          Wilmington, DE 19899 (Courier 19801)
          Tel: (302) 652-8400
          Fax: (302) 652-8405
          Email: KMiller@skfdelaware.com

          and

          STORCH AMINI & MUNVES PC
          Bijan Amini
          Avery Samet
          2 Grand Central Tower
          New York, New York 10017
          (212) 490-4100

          ATTORNEYS FOR MAGTEN ASSET
           MANAGEMENT CORPORATION